IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ROCKEFELLER PHOTOS, LLC,

Plaintiff,

v.

THE BROOKLYN FOOD GROUP, INC.,

Defendant.

Case No. 2:25-cv-03776

**<u>ANSWER</u>**

Defendant The Brooklyn Food Group, Inc. ("BFG" or "Defendant"), by and through undersigned counsel, hereby answers the Complaint of Plaintiff, Rockefeller Photos, LLC ("Plaintiff"), as follows:

1. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and therefore denies them.

2. Defendant admits the allegations in Paragraph 2.

3. Defendant admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Defendant admits the allegations in Paragraph 4.

5. Defendant admits the allegations in Paragraph 5.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 and therefore denies them.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 and therefore denies them.

1

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and therefore denies them.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and therefore denies them.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and therefore denies them.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and therefore denies them.

12. Defendant admits the allegations in Paragraph 12.

13. Defendant admits that it advertises its business through a website and social media but denies all remaining allegations in Paragraph 13.

14. Defendant denies the allegations in Paragraph 14.

15. Defendant denies the allegations in Paragraph 15.

16. Defendant denies the allegations in Paragraph 16.

17. Defendant denies the allegations in Paragraph 17.

18. Defendant denies the allegations in Paragraph 18.

19. Defendant denies the allegations in Paragraph 19.

20. Defendant denies the allegations in Paragraph 20.

21. Defendant repeats and realleges its responses to Paragraphs 1–20 as if fully set forth herein.

22. Defendant denies the allegations in Paragraph 22.

23. Defendant denies the allegations in Paragraph 23.

24. Defendant denies the allegations in Paragraph 24.

25. Defendant denies the allegations in Paragraph 25.

26. Defendant denies the allegations in Paragraph 26,

27. Defendant denies the allegations in Paragraph 27.

28. Defendant states that its website speaks for itself and otherwise denies the allegations in Paragraph 28.

29. Defendant denies the allegations in Paragraph 29.

30. Defendant denies the allegations in Paragraph 30.

31. Defendant denies the allegations in Paragraph 31.

32. Defendant denies the allegations in Paragraph 32.

33. Defendant denies the allegations in Paragraph 33.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Any alleged use of the Work, which Defendant denies, was de minimis and not actionable.

3. Plaintiff's claims are barred by the statute of limitations.

4. To the extent Plaintiff or its predecessor made the Work available online, Defendant alleges it was reasonably understood to be available for public use.

5. Plaintiff's Work lacks originality.

6. Upon information and belief, Plaintiff lacks standing to bring this action.

7. Plaintiff's claims are barred by the doctrines of unclean hands and copyright misuse.

8. Any alleged use of the Work, which Defendant denies, is protected under the doctrine of fair use pursuant to 17 U.S.C. § 107.

9. Any infringement, which Defendant denies, was innocent.

10. Plaintiff's claims are barred by laches.

11. Defendant denies any willful infringement and alleges any use, if proven, was inadvertent, innocent, and without intent to infringe.

Defendant reserves the right to assert additional defenses as may become available during discovery.

## PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that the Court:

1. Dismiss Plaintiff's Complaint with prejudice;

2. Enter judgment in favor of Defendant and against Plaintiff on all claims;

3. Award Defendant its costs, expenses, and reasonable attorneys' fees; and

4. Grant such other and further relief as the Court deems just, equitable, and proper.

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury on all issues so triable.

DATED: October 1, 2025

/s/ Jennifer L. Friedman
Jennifer L. Friedman, *pro hac vice pending*
LAW OFFICES OF JENNIFER L. FRIEDMAN, PLLC
5406 Broadway, #518
Lancaster, New York 14086
Tel: (716) 601-9045
jenfriedman@jfriedmanlaw.com

*Attorneys for Defendant The Brooklyn Food Group Inc.*